# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Todd Bell,<br><br>    Plaintiff,<br><br>v.<br><br>Transcor Group Incorporated, et al.,<br><br>    Defendants. | NO. CV-16-02436-PHX-SPL<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Joint Stipulation, that this case is dismissed. Each party will bear its own costs and attorneys' fees.

                                                                           Brian D. Karth
                                                                           District Court Executive/Clerk of Court

April 7, 2017

                                                                           s/ Rebecca Kobza
                                                    By   Deputy Clerk